UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,Plaintiff,vs.TRISHA MARIE REGAN and QUANG VINHPHAM REGAN,Defendants. | 2:17-cr-00062-JCM-NJK**ORDER**(Docket No. 39) |

Pending before the Court is the United States' motion to unseal the docket as to defendants Trisha Marie Regan and Quang Vinhpham Regan in the instant case. Docket No. 39. The United States represents that the reasons for sealing the docket as to these defendants no long exist. *Id*. at 1. The United States further requests that the docket remain sealed as to the third defendant, who remains at large. *Id*. at 1-2.

For good cause shown, the Court hereby **GRANTS** the United States' motion. Docket No. 39. The docket in the instant case is ordered unsealed as to defendants Trisha Marie Regan and Quang Vinhpham Regan. The docket shall remain sealed as to the third defendant.

IT IS SO ORDERED.

DATED this 25th day of May, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge