NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
NADIA AHMED
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6020
nadia.ahmed@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00062-JCM-NJK |
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW RESPONSE TO DEFENDANT QUANG REGAN'S MOTION TO SEVER [ECF No. 87]** |
| QUANG VINHPHAM REGAN, TRISHA MARIE REGAN, and PAUL HWAN JIN, | |
| Defendants. | |

**CERTIFICATION**: This response is timely filed.

The United States of America, by and through undersigned counsel respectfully hereby submits this Motion to Withdraw Response to Defendant Quang Regan's Motion to Sever (ECF No. 87) which was filed in opposition to ECF No. 86. Government counsel has met and conferred with counsel for defendant Quang Regan and both parties agree to request that the Court sever Defendant Quang Regan and further agree to request that Quang Regan's trial be set after the trial of co-defendants Trisha Regan and Paul Jin has concluded

approximately six months from the current setting. Severance is beneficial for several reasons. As an initial matter, difficulties with the discovery produced in this case in April 2017 to Quang Regan require re-production of this discovery. Defense counsel has also requested additional materials that require time for the government to gather and produce the requested items and then time for the defense to analyze them. The trial in this case is currently set for September 23, 2019. Both AFPD Brian Pugh and Erin Gettel, counsel for defendant Quang Regan, are assigned to the trial in *US v. Long*, 2:16-cr-00071-APG-EJY, which is set for January 13, 2010, and require time to prepare for and participate in that trial. They will then require time to prepare for this trial. Plea negotiations are ongoing which may obviate the need for trial but to allow adequate time for counsel to prepare the defense case, the parties concur in the request that the Court sever defendant Quang Regan and set trial out six months from the current setting for the reasons stated herein.

**WHEREFORE**, for all the foregoing reasons, the government respectfully requests that the Court grant the motion to withdraw its prior Response (ECF No. 87) and concurs in the request to sever Defendant Quang Regan and set his trial after the trial of his co-defendants approximately six months from the current setting.

**DATED** this 5th day of September 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

_____//s//_____
NADIA AHMED
Assistant United States Attorney
Attorneys for the United States

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **WITHDRAWAL OF OPPOSITION TO DEFENDANT QUANG REGAN'S MOTION FOR SEVERANCE (ECF No. 87)** was served upon counsel of record, via Electronic Case Filing (ECF).

Dated this 5th day of September 2019.

                                              //s//
                                      NADIA AHMED
                                      Assistant United States Attorney
                                      Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

QUANG VINHPHAM REGAN,
TRISHA MARIE REGAN, and
PAUL HWAN JIN,

    Defendants.

Case No. 2:17-cr-00062-JCM-NJK

**ORDER**

Based on the Motion of the Government, and good cause appearing therefore, IT IS ORDERED, that pursuant to the Government's Motion to Withdraw Response to Defendant' Quang Regan's Motion to Sever [ ECF No. 87], the Motion is here by Granted.

DATED September 11, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE