# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-62 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| TRISHA MARIE REGAN, PAUL HWAN JIN and QUANG VINHPHAM REGAN, | |
| Defendant(s). | |

Presently before the court is defendant Quang Vinhpham Regan's ("Quang") motion to sever defendant. (ECF No. 86). The United States of America (the "government") filed a response (ECF No. 87), which it later withdrew (ECF Nos. 97, 99).

The parties have stipulated to severance as to Quang, which the court granted. (ECF Nos. 100, 101). Thus, Quang is scheduled to be tried separately from and subsequent to his co-defendants, Trisha Regan and Paul Jin.

In light of the parties' stipulation, Quang's motion to sever is dismissed as moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Quang's motion to sever (ECF No. 86) be, and the same hereby is, DENIED as moot.

DATED September 17, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**