FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

AUG - 5 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-062-JCM-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| TRISHA MARIE REGAN, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); and 18 U.S.C. § 1029(c)(1)(C) and (c)(2) based upon the plea of guilty by Trisha Marie Regan to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement, the Amended Bill of Particulars, and Forfeiture Allegation One of the Superseding Criminal Indictment. Superseding Criminal Indictment, ECF No. 23; Amended Bill of Particulars, ECF No. 78; Change of Plea, ECF No. 134; Plea Agreement, ECF No. 138; Preliminary Order of Forfeiture, ECF No. 139.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $1,627,359.77 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

1 | consecutively from April 30, 2021, through May 29, 2021, notifying all potential third
2 | parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits,
3 | ECF No. 144-1, p. 5.

4 |      This Court finds the United States notified known third parties by personal service or
5 | by regular mail and certified mail return receipt requested of their right to petition the Court.
6 | Notice of Filing Service of Process – Mailing, ECF No. 142; Notice of Filing Service of
7 | Process – Personal Service, ECF No. 143.

8 |      On May 12, 2021, the United States Attorney's Office served Home Depot U.S.A.,
9 | Inc. c/o Teresa Wynn Roseborough, Secretary & Director, with copies of the Preliminary
10 | Orders of Forfeiture and the Notice through regular mail and certified mail return receipt
11 | requested. Notice of Filing Service of Process-Mailing Exhibits, ECF No. 142-1, p. 3, 5-7, 9-
12 | 16, 18-21.

13 |      On May 12, 2021, the United States Attorney's Office served Home Depot U.S.A.,
14 | Inc. c/o Craid A. Menear, President, with copies of the Preliminary Orders of Forfeiture
15 | and the Notice through regular mail and certified mail return receipt requested. Notice of
16 | Filing Service of Process-Mailing Exhibits, ECF No. 142-1, p. 3, 5-7, 9-16, 22-23.

17 |      On May 12, 2021, the United States Attorney's Office served Home Depot U.S.A.,
18 | Inc. c/o Isabel C. Janci, Treasurer, with copies of the Preliminary Orders of Forfeiture and
19 | the Notice through regular mail and certified mail return receipt requested. Notice of Filing
20 | Service of Process-Mailing Exhibits, ECF No. 142-1, p. 3, 5-7, 9-16, 24-25.

21 |      On May 12, 2021, the United States Attorney's Office served Home Depot U.S.A.,
22 | Inc. c/o Richard M. McPhail, Director, with copies of the Preliminary Orders of Forfeiture
23 | and the Notice through regular mail and certified mail return receipt requested. Notice of
24 | Filing Service of Process-Mailing Exhibits, ECF No. 142-1, p. 3, 5-7, 9-16, 26-27.

25 |      On May 13, 2021, the Internal Revenue Service personally served Home Depot
26 | U.S.A., Inc. c/o Corporation Service Company as Registered Agent with copies of the
27 | Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process –
28 | Personal Service Exhibits, ECF No. 143-1, p. 3, 5-8, 10-17.

1    On July 9, 2021, the United States filed a proposed Stipulation for Entry of Order of

2  Forfeiture as to Ji Jin, and Order as a Third Party Petitioner and Order, ECF No. 151.

3    On July 9, 2021, the United States filed a proposed Stipulation for Entry of Order of

4  Forfeiture as to SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer,

5  and Trisha Regan as Secretary, Director, and Registered Agent, and Order, ECF No. 152.

6  On July 12, 2021, the United States filed a corrected image of the proposed Stipulation for

7  Entry of Order of Forfeiture as to SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as

8  President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent,

9  and Order, ECF No. 156.

10    On July 14, 2021, the Court granted the Stipulation for Entry of Order of Forfeiture

11  as to Ji Jin as a Third Party Petitioner, ECF No. 158.

12    On July 14, 2021, the Court granted the Stipulation for Entry of Order of Forfeiture

13  as to SCGB, Inc., a Third Party Petitioner by Ji Jin as Owner, Paul Hwan Jin as President

14  and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, ECF No.

15  157.

16    This Court finds no petition was filed herein by or on behalf of any person or entity

17  and the time for filing such petitions and claims has expired.

18    This Court finds no petitions are pending regarding the property named herein and

19  the time has expired for presenting such petitions.

20    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

21  all possessory rights, ownership rights, and all rights, titles, and interests in the property

22  hereinafter described are condemned, forfeited, and vested in the United States:

23    1.  $67,190.86; and

24    2.  $7,492.88

25  (all of which constitutes property); and

26    that the United States recover from Trisha Marie Regan the in personam criminal

27  forfeiture money judgment of $1,627,359.77, not to be held jointly and severally liable with

28  any codefendants, but with the total collected money judgment amount between the

1   codefendants not to exceed $1,627,359.77, and that the property will be applied toward the

2   payment of the money judgment; and

3         the forfeiture of the money judgment and the property is imposed pursuant to Fed.

4   R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §

5   981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); and 18 U.S.C. §

6   1029(c)(1)(C) and (c)(2);21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7); that the money

7   judgment shall be collected; and that the property and the collected amount shall be

8   disposed of according to law.

9         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all

10  forfeited funds, including but not limited to, currency, currency equivalents, certificates of

11  deposit, as well as any income derived as a result of the government's management of any

12  property forfeited herein, and the proceeds from the sale of any forfeited property shall be

13  disposed of according to law and the Stipulations.

14        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

15  copies of this Order to all counsel of record and three certified copies to the United States

16  Attorney's Office, Attention Asset Forfeiture Unit.

17        DATED _Aug. 5_____, 2021.

18

19

20                              _James C. Mahan_
                                JAMES C. MAHAN
21                              UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

4