RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorneys for Trisha Marie Regan

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRISHA MARIE REGAN,<br><br>　　　　　　Defendant. | Case No. 2:17-cr-00062-JCM-NJK-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Trisha Marie Regan, that the Revocation Hearing currently scheduled on October 14, 2022, at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than one-hundred-twenty (120) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant needs additional time to conduct investigation in this case and determine whether the case will go to hearing or will be resolved through negotiations.

　　　　2.　　The parties need additional time to negotiate the case which may result in a joint resolution recommendation to the court.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 29th day of September 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Brian Pugh<br>BRIAN PUGH<br>Assistant Federal Public Defender | By /s/ Peter S. Levitt<br>PETER S. LEVITT<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TRISHA MARIE REGAN,<br><br>          Defendant. | Case No. 2:17-cr-00062-JCM-NJK-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 14, 2022, at 11:00 a.m., be vacated and continued to February 15, 2023 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

DATED October 3, 2022.

_____
UNITED STATES DISTRICT JUDGE