RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorneys for Trisha Marie Regan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>TRISHA MARIE REGAN,<br><br>                Defendant. | Case No. 2:17-cr-00062-JCM-NJK-1<br><br>**Defendant's Unopposed Motion for an Order Directing Pretrial Services to Return Defendant's Passport** |

Trisha Marie Regan files this motion for the return of her passport.

DATED: March 9, 2023.

                              Rene Valladares
                              Federal Public Defender

                              */s/ Brian Pugh*
By_____
                              Brian Pugh,
                              Assistant Federal Public Defender

**POINTS AND AUTHORITIES**

On February 15, 2023, the court granted Ms. Regan's motion to terminate her supervised release and closed her case. ECF No. 188. One of Mr. Regan's conditions of pretrial release was that she surrender her passport. ECF No. 18. Now that his case is closed, Ms. Regan would like her passport returned to her. Now that the case is closed, Pretrial Services no longer has cause to hold her passport. The government has no objection to the return of Ms. Regan's passport. Therefore, Ms. Regan respectfully moves this Court for an order directing Pretrial Services to return to her passport to her.

Respectfully submitted this 9th day of March 2023.

Rene Valladares
Federal Public Defender

By  /s/ Brian Pugh
Brian Pugh,
Assistant Federal Public Defender

DATED March 13, 2023.

_____
UNITED STATES DISTRICT JUDGE